Argued and submitted August 13, reversed in part and remanded in part with
instructions September 3, 1986

## GEORGE ARMSTEAD GAINES,
*Appellant,*

*v.*

## CUPP,
*Respondent.*

(150,912; CA A38846)

723 P2d 1083

Eric R. Johansen, Salem, argued the cause and filed the brief for appellant.

Scott McAlister, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Petitioner seeks review of a judgment denying post-conviction relief. We reverse.

Petitioner was sentenced in two unrelated cases which had been tried seriatim before the same judge. Each case involved the use of a firearm, and the court imposed a five-year minimum sentence pursuant to ORS 161.610 in each case, to be served consecutively.

By a variety of means, petitioner challenges the imposition of two five-year sentences under ORS 161.610. The state concedes, and we agree, that in the light of *State v. Hardesty*, 298 Or 616, 695 P2d 569 (1985), and *State v. Haywood*, 73 Or App 6, 697 P2d 977 (1985), one of the sentences is incorrect.

Judgment dismissing the petition for post-conviction relief is reversed, and the case is remanded with instructions to modify the judgment in one of the underlying cases by deleting the five-year minimum sentence.